PAMELA S. HOWLAND
IDAHO EMPLOYMENT LAWYERS, PLLC
1116 S. Vista Ave., #474
Boise, ID 83705
Telephone (208) 484-8921
Facsimile: (208) 534-7445
Email: phowland@idemploymentlawyers.com
Idaho State Bar No. 6177

Attorneys for HNI Corporation and The HON Company LLC, Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| QUINN MORRISON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ARTCO-BELL CORPORATION, et al.;<br><br>　　　　　Defendants. | Case No. 1:17-cv-387-BLW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and by and between the parties hereto, through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that Defendants HNI Corporation and The HON Company LLC are not proper parties to the suit.  The parties further stipulate that Defendants HNI Corporation and The Hon Company LLC are hereby dismissed from the above-captioned action without prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

1

Dated this 30th day of October, 2017.

| | |
|---|---|
| IDAHO EMPLOYMENT LAWYERS PLLC | ROSSMAN LAW GROUP PLLC |
| By: /s/ Pamela S. Howland<br>     Pamela S. Howland | By: /s/ Eric S. Rossman<br>     Eric S. Rossman |
| *Attorneys for Defendants HNI Corporation and The HON Company LLC* | *Attorneys for Plaintiff Quinn Morrison* |

HOLLAND & HART

/s/ B. Newal Squyres
B. Newal Squyres

*Attorneys for Defendants Artco-Bell Corporation, Artcobell Holdings, LLC, Counterpoint Capital Partners, LLC, and Indeco Corp.*

PROOF OF SERVICE

I HEREBY CERTIFY that on the 30th day of October, 2017, I served the foregoing Stipulation of Dismissal upon the following via the following method of service:

**X** (Email—Pleadings Filed with the Court) Pursuant to Local Rules I electronically filed this document via the CM/ECF system for the United States District Court for the District of Idaho.

B Newal Squyres nsquyres@hollandhart.com, Boiseintaketeam@hollandhart.com, sdalonzo@hollandhart.com

Eric S Rossman erossman@rossmanlaw.com, jcarroll@rossmanlaw.com, lreinke@rossmanlaw.com, mgunn@bhglaw.net

Erica S Phillips ephillips@rossmanlaw.com, lreinke@rossmanlaw.com

4846-3615-5985, v. 1