B. Newal Squyres, ISB #1621
Alexandra S. Grande, ISB #9566
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:   (208) 342-5000
Facsimile:   (208) 343-8869
nsquyres@hollandhart.com
asgrande@hollandhart.com

Attorneys for Defendants Artco-Bell Corporation,
Artcobell Holdings, LLC, Counterpoint Capital
Partners, LLC, and Indeco Corp.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| QUINN MORRISON, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>ARTCO-BELL CORPORATION, a Texas Corporation; ARTCOBELL HOLDINGS, LLC, a Delaware Corporation; COUNTERPOINT CAPITAL PARTNERS, LLC, a Delaware Company; INDECO CORP., a Delaware Corporation; and DOES I-X, unknown parties,<br><br>                              Defendants. | Case No.  1:17-cv-387-BLW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Plaintiff, Quinn Morrison, by and through his attorneys of record, and Defendants, Artco-Bell Corporation, Artcobell Holdings, LLC, Counterpoint Capital Partners, LLC, and Indeco Corp., by and through their attorneys of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above-entitled matter, the same having been fully compromised and settled.  The parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

DATED this 25th day of June, 2018.

HOLLAND & HART LLP

By _____s/B. Newal Squyres_____
B. Newal Squyres, of the firm
Alexandra S. Grande, for the firm
Attorneys for Defendants Artco-Bell Corporation,
Artcobell Holdings, LLC, Counterpoint Capital
Partners, LLC, and Indeco Corp.

DATED this 25th day of June, 2018.

BARNUM HOWELL & GUNN, PLLC

By _____s/Matthew G. Gunn_____
Matthew G. Gunn
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Eric S. Rossman
erossman@rossmanlaw.com

Erica S. Phillips
ephillips@rossmanlaw.com

Matthew G. Gunn
mgunn@bhglaw.net

_____s/B. Newal Squyres_____
for HOLLAND & HART LLP

11109877_1.DOC

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2