UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| QUINN MORRISON, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>ARTCO-BELL CORPORATION, et al.,<br><br>            Defendants. | Case No. 1:17-cv-00387-BLW<br><br>**ORDER** |

The Court has before it the Stipulated Motion for Dismissal (Dkt. 19). Good cause appearing, the Court will grant the stipulation and dismiss the claims.

### ORDER

**IT IS ORDERED:**

1. The parties' Stipulated Motion for Dismissal (Dkt. 19) is **GRANTED** with prejudice, each party to bear its own fees and costs.

2. The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

DATED: June 26, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 1**